**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2022

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
New York, NY 10007



*Re: United States v. Federico Antonio Silfa, 22-Cr-227(KPF)*

Dear Judge Failla:

    I am the attorney representing Mr. Silfa in the above referenced matter and write to respectfully request that the upcoming sentencing proceeding, currently scheduled August 23, 2022, be advanced to an earlier date given Probation's recommendation that Mr. Silfa receive a sentence of time served. In its final Pre-Sentence Report, filed June 29, 2022, Probation calculated Mr. Silfa's Guidelines range to be 0 to 6 months. Mr. Silfa, who was brought to federal custody on a writ on March 16, 2022, has been in federal custody for nearly four months. Given the Guidelines range as well as Probation's recommendation, the defense requests that Mr. Silfa's sentencing proceeding be advanced to the last week of July, if the Court's schedule can accommodate that request.

    I have conferred with AUSA Ashley Nicolas regarding this application and the Government does not object. Thank you for your consideration of this request.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Application GRANTED.  The sentencing scheduled for August 23, 2022, is hereby rescheduled to July 29, 2022, at 3:30 p.m.  The Clerk of Court is directed to terminate the pending motion at docket number 13.

SO ORDERED.

Dated:    July 5, 2022
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE