UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 22 Cr. 227 (KPF) |
| FEDERICO ANTONIO SILFA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

      The sentencing scheduled for Friday, July 29, 2022, at 3:30 p.m. is hereby rescheduled to the same date, **July 29, 2022, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:    July 26, 2022
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge