UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FEDERICO ANTONIO SILFA,<br><br>                    Defendant. | 22 Cr. 227 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Federico Antonio Silfa, USM #55219-054, has been sentenced in the above case to time served, the U.S. Marshals are to return the inmate to the Rikers Island Robert N. Davoren Center (RNDC) or as may otherwise be directed by the Court.

SO ORDERED.

Dated:   July 29, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge